UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAN LAURENCE JR CA 06 455T

V DKT NO________

ASHBEL T WALL II ETAL

COMPLAINT

The plaintiff norman Laurence in This civil claim is sueing defendants for cruel and unusual Treatment in violation of the Eighth amendment. Defendants watch and video Tape plaintiff with the use of a hidden camera and use This information To harass, Berate, humiliate and demean plaintiff, They Gamble by placeing Bets on what Laurence will Be seen doing By The camera and allow Females To view video Tapes of Laurence naked in violation of The Fourteenth Amendment To Bodily privacy plaintiff in The past was diagnosed To Be a paranoid Schitsophrenic Delusional with disorganized Thoughts and poor reality Testing Defendants know of This and There Actions Are Cruel and unusual

Treatment, They video Tape plainTiFF and WATch PlainTiFF while he is engaged in indecent acts, They watch him urinate deficate and masterbate and share This information with Females in violation of his Fourteenth amendment To privacy and his Eighth amendment To Be Free From cruel and unusual punishment, They constantly debate whether or not plainTiFFS Son is dead OR ALive, dead murdered, hiT By a Truck, wrong house right Kid. ect. plain TiFF can hear Them which is cruel and unusual Treatment. DeFendants share Embarrassing information That They learn From watching Laurence with a hidden camera, with Society, counselors, nurses, Store people, IW an attempt To Desicrate his character. DeFendants also use The camera To watch PlainTiFF do Legal work and Then Talk about iT To counselors, nurses Store people, Society, They ARE Trying To drive norman Laurence nuts in an attempt To cover up all There wrong doings AND EXTRAMariTal AFFAirs. There actions Are also Slander and DeFamation of character. They use The camera To Watch PlainTiFF wriTe The Attorney Generals oFFice, JudGes, Lawyers, police

# Jurisdiction

1) This court has Jurisdiction over plaintiffs claim and is Filed Pursuant to Section 9-1-2 9-1-4 9-1-14, 9-1-20 9-1-28 9-1-28.1 9-1-30

2) This instant civil action is Being Filed As a personal Tort claim statutory right to privacy, and common Law Right to privacy, and Eighth amendment violation

# Parties

3) The plaintiff norman Laurence is incarcerated at the Adult correctional institutions High Security

4) The Defendant AshBel A.T wAll the director of the ACI is Being Sued officialy and individualy

5) The Defendant Jake Gadsden is being sued officialy and individualy

6) The Defendant James weeden is being sued officialy and individualy as the warden

7) The Defendant c/o Howard is being sued officialy and individualy AS A c/o

8) The Defendant Deputy collins is Being sued officialy and individualy

9) The Defendant captain Arnold anderson is Being sued officialy and individualy

10) The Defendant captain BarBara Headen is Being sued officialy and individualy

11) The Defendant LT. Carol Getter is Being sued officialy and individualy

12) The Defendant Thomas Doyle is Being sued officialy and individualy

13) The Defendant LT. Robert Langlois is Being sued officialy and individualy

14) The Defendant LT. Aviza is Being sued officialy and individualy

15) The Defendant LT. Galagan is Being sued officialy and individualy

16) The Defendant Avelino Duarte is Being

Sued officialy and individualy as a c/o

17) The Defendant Paul Ledue is Being Sued officialy and individualy

18) The Defendant Kevin Manning is Being Sued officialy and individualy

19) The Defendant Jeoffroy Brouilett is Being sued officialy and individualy

20) The Defendant Brian Dauray is Being Sued officialy and individualy as c/o

21) The Defendant William Gilbault is being Sued officialy and individualy

22) The Defendant Edward Gannon is Being Sued officialy and individualy

23) The Defendant Donna Gracie is Being Sued officialy and individualy

24) The Defendant Gary Bouley is Being Sued officialy and individualy

25) The Defendant John Lopez is being Sued officialy and individualy As The Chief

26) The DeFendanT James Henry is Being Sued oFFicialy and individualy as a c/o

27) The DeFendanT WOJTANOWSK is Being Sued oFFicialy and individualy AS a c/o

28) The DeFendanT Bill Begones is Being Sued oFFicialy and individualy as a c/o

29) The DeFendant Joe Forgue is Being Sued oFFicialy and individualy as SR

30) The DeFendant counselor Kathrine Kate RoBerson is Being Sued oFFicialy and individualy As she is Employed AT High Security

31) The DeFendant John does are Being Sued in There oFFicial and individual capacity

32) The DeFendanT Jane doe or Jane Does are Being sued in There oFFicial and individual capacity

33) The DeFendanT c/o McKray is Being sued oFFicialy and individualy as a c/o

34) The Defendant Robert Dennet is Be ing Sued officialy and individualy

35) The Defendant Dale Fogarty is Be ing Sued officialy and individualy

36) The Defendant Alfred Zannini is Be ing Sued officialy and individualy

37) The Defendant Stewart c/o Dennis is Be ing Sued officialy and individualy

38) The Defendant Stewart c/o Lefort is Be ing Sued officialy and individualy

39) The Defendant cheryl Bailey is Being Sued officialy and individualy

40) The Defendant c/o christian Torez is Being Sued officialy and individualy

41) The Defendant Jane Done nurse is Be ing Sued officialy and individualy

42) The Defendant Bill Spadoni is being sued officialy and individualy

43) The Defendant John Doe nurse Tieny

43) Rebular day shift is Being sued officialy and individualy

44) The Defendant Rick habershaw is being Sued officialy and individualy As a c/o

45) The Defendant c/o Addison is being Sued officialy and individualy As a c/o

46) The Defendant c/o whalen is Being sued officialy and individualy

47) The Defendant Mike Melucci is Being Sued officialy and individualy

48) The Defendant Aarron Aldrich is Being Sued officialy and Individualy

49) The Defendant c/o Tierny is Being Sued officialy and individualy

50) The Defendant c/o North is Being sued officialy and individualy

51) The Defendant Joseph TrinADES is Being Sued officialy and individualy

# ALLEGATIONS

52) on 4\14\06 Laurence WAS WATched and videoTaped naked while on The Floor oF his cell working out This was Shown TO Female and Male oFFicers For EnTer-Tainment purposes

53) OFFicer James henry has Said Several Times That Laurence will GeT The Tapes OF putting cum in his Mouth. To and uses Bill Begoneses name as The Source of information

54) oFFicer James henry and Donna Gracie allways Talk about what Laurence is writeing in his cell. in view of the hidden camera

55) on or near May 3\06 nurse cheryl Bailey and c/o Mckray came To Laurences cell and Gave Laurence a Geoton pill For hearing voices. and did noT Give Laurence his sleeping pill

56) on or near May 3\06 Laurence wroTe a letteR To Ms cindy Soccio and Told her about how he was writeing a letter on his Floor under The door Frame about c/o

56) WOJTANOWSK while c/o WOJTANOWSK was working main control watching Laurence with a camera. c/o Gracie said Laurence wrote a letter knowing WOJTAWOWSK could see him and was trying to direct him c/o WOJTAWOWSK on what to say. Laurence didnt know the camera could see that area by the door frame. Laurence never mailed the letter to MS Soccio. about how c/o Gracie talking about Laurence direct ing c/o WOJTAWOWSK, officers talked about it.

57) on or near May 06 c/o manning and nurse cheryl Bailey came to Laurences door during Med call, cheryl was Laughing in Laurences Face while telling him she had no sleep ing pill for him

58) on or near 5/16/06 the nurse Tom wanted to write a report about Laurence in Re-taliation for Laurence writeing skits that the nurse was looking at Laurences crotch, Laurence would then flush it. c/o Brouilett told the nurse dont they can see him you know meaning GARY Bouley in main control

59) on or near 5/16/06 c/o Gracie was Telling over Time officers From medium That Laurence had LAW work in his Locker That we could Give him a year in seg For But The state wont let us, she called the states attorney a control Freak and a Bitch

60) on or near 5/18/06 Laurence wrote a Letter To cindy soccio and mailed it That morning. officers Talked about The contents of the letter. and about a letter To mr Grant

61) on or near 5/19/06 c/o Gracie opened Laurences door For work and Told him To go out To the hallway To Get the Bag of supplys as Laurence entered The hallway c/o henry approached Laurence Breathing on him with Bad Breath and Tried To make physical contact with him in a attempt To set him up in retalia-Tion For what Laurence is seen writeing in his cell. he kept Backing Laurence up purposeFully Breathing Bad Breath, in Laurences Face

62) on or near 5/23/06 c/o Habershaw asked c/o petty To witness Laurence By his door So he could set up Laurence and say he was Looking at his crotch

63) on 5/29/06 Laurence was brought To the hospital and stopped short after seeing his enemy 6 Foot 4 Edred Buchanan, c/o henry said I don't know why he came near me for I'm not Gonna protect him, Then while Laurence submitted To a DNA Test LT. Avila Butted in To Laurences conversation, Laurence said its Times Like These I'm Glad I never did anything I'd Be Sorry For, LT Avila said you mean Things you have not Been caught For Laurence said no I've never done nothing wrong, upon leaving officers all started makeing obscene comments, c/o Addison said ya match that To the diaper. Laurence then went To his cell and wrote an affidavit Exhibit which all officers Talked and Laughed about

64) on 5/30/06 Laurence was Told To Strip For a cell Search and Told To get a shirt out of his Locker his cell was Then searched with out him present Laurence was videotaped A Tape depicting him

64) Bending over naked getting a Shirt out of his Locker was shown to c/o Gracie out of Retaliation for what Laurence writes in his cell it was used to Embarrass Laurence and cause him humiliation. c/o Grace after seeing the Tape would Laugh in Laurences Face.

65) on 5/30/06 while Laurences cell was Being searched he was Locked in the back room of the hospital, in a cell, upon Being re leased he oBserved c/o Brouilett sitting in the control Booth his Face was pale and Grey his eyes Blood Shot red he was Furious the nurse Tom was stand ing over him Laughing smileing with Tears in his eyes, c/o Brouilett wanted to Book Laurence for urinateing in his sink, c/o Bouley c/o Gammon Told c/o Brouilett Laurence urinated in the sink while in cell 3 in The Back room of the hospital. Brouilett was told Laurence seen urinateing By the camera dont exist Laurence Later said another camera I didnt Know about

66) on or near 6/2/06 c/o henry had c/o Tierny Keep Trying to Brush up against

66) Laurence, while Laurence was working. c/o henry then Told him you Better STop cause you will GeT us Both Jammed up This was a self serving STaTement, so Laurence would Think henry was STicking up For him

67) on 6/3/06 and 6/4/06 Laurence wrote a Letter To MS cindy soccio of The attorney Generals office. on 6/4/06 correcTional offi-cers were all Talking about The letter, Laurence was oBserved By main control c/o WoJTAWowSK, c/o Bouley and c/o Gannon write ing. on 6/5/06 c/o ledue c/o henry and c/o WoJTAWowSK were questioned about Laurences Letter concerning officers Killing coyotees and a BaBy deer. Laurence never mailed the Letter

68) on or near 6/6/06 c/o Danials complained of Being under Bright LighTs Being questioned about 6/3/06 6/4/06 Letter That Laurence wroTe To MS Soccio while Being oBserved writeing By a hidden camera thaTs in his cell. Laurence never mailed The Letter.

69) on or near 6/8 6/9/06 c/o Kevin Manning Told c/o Danials and or c/o Rodriquez That Bill Begones did not Let him listen To Tapes he Told him about The Tapes and That a partie Said now you know why we call him The Silver Fox. c/o Manning Said Avelino Duarte cant have To much Money he was out There with his Big pinky ring on collecting his money From winning Bets

70) on or near 6/9/06 c/o Gracie came back From Lunch Entered F Module BuBBle and Said That Laurence was seen in his cell back dateing reports, Laurence wrote on the back of Exhibit 2 and Then wrote Feeler

71) on or near 6/10/06 c/o danials Said To c/o Smoot what difference does it make if we know what his Legal work Says if we are all on The Same Side

72) on or near 6/10/06 Laurence was watched By a hidden camera while he read Advanced Criminal Procedure in a nut shell By Mark E Cammack and norman McGarLand west Group P. 409

73) The officer watching told Guards this is evidence that Laurence is a child molester.

74) on or near 6/11/06 c/o Grace said that Laurence wrote c/o henrys name in his Report that morning thinking that henry was working. this was observed by the hidden camera.

75) on or near 6/11/06 c/o Gannon and c/o Bouley watched Laurence read the same chapter page 409 about sexual assault victim children witnesses, Laurence went to his mirror to see his face. Then right on schedule came c/o paul leduc with the food cart looking directly at Laurences face as well as c/o Tyler. when c/o Leduc gave Laurence his tray he looked at Laurences face intently looking for guilt, he was excited! as c/o leduc and c/o Tyler crossed the court yard they discussed whether or not Laurences face was Red. Laurence asked c/o Smoot if his face was Red, how is my complexion, c/o Smoot said your face is the way it allways is. and asked Laurence if he worked out

76) on or near 6/11/06 c/o Gracie commented on how Laurence wrote on his desk giveing c/o petty 5 stars which was the code for A pluses. she was IRRATE with Jealousy. She also commented on the Letter he was writeing and Edward Gannon seen him comeing a mile away in Reference to the Book Laurence was reading. nut shell.

77) on or near 6/11/06 Laurence wrote a Letter to Honorable Justice williams the chief Justice of the RI Supreme court he told him about his psychiatrich records and that he Believed he was insane and the letter was placed in the mail Box, Laurence oBserved c/o manning in the control Booth receiving informa-tion about the letter Laurence had just wrote

78) on or near 6/12/06 c/o henry came in to F mod control Booth at 7 AM Laurence.s c/o Letter to Justice williams was in the mail Box c/o henry said to c/o Ross! hes saying hes insane now. Then c/o manning came in to collect the store order

78) Forms he had a smile ear to ear Lawrence Gave Manning A A+ and wrote A+ on a piece of paper on his desk

79) on or near 6/12/06 while Laurence was Mopping near the Bubble c/o Gracie Entered F Mod control center and told henry, that Manning was just down there Laughing Telling them how he Laughed in Laurences Face this morning and that Laurence Gave him an A+ and that Manning said if he can Fool Laurence. Imagine what he can do out there Henry told Gracie that Laurence wrote the Judges to get sympathy and that he thought yesterday was Fathers day c/o Gracie said he did not talk about that to the Judges he talked about his son to the Lawyer. c/o Gracie told c/o henry there isnt going to be a Trial theres 200 or 2000 Tapes, we would Be in court For Months just watching the Tapes. she said the states attorney said I see Mr Laurence is still up to his old Tricks Refering to how Laurence took Manning out the Back door, Laurence wrote a report in view of the camera

79) and Then Flushed it down The Toilet. Henry Told Gracie how he all most punched Laurence in The Face and Tried To run him over Because of what hes seen writeing in his cell about him and Gracie. Henry Said That Smoot Backed him up. Gracie Said no he didnT he went against you, dont Tell him I Told you. Gracie Explained To henry That she had a change of heart and asked him To Leave Laurence alone. I Know you dont want any More Blow JoBS But will you Leave him alone For me please? Henry Said if IM gonna Be nice To This creep Maybe I do want one. c/o Gracie also Said That Laurence wrote his Family about his son.

80) on or near 6/13/06 c/o henry commented on a she-keeps giveing him Mixed Signals Messenges Talking about Gracie First She wants me To Fire him now hes under her wing. c/o Johansen Told c/o henry That The c/o who was watching Laurence while he was sleeping all most pressed a code white because he Thought Laurence was haveing a seizure Laurence was Being watched sleep By a hidden camera. while haveing a nightmare

81) c/o henry and other officers constantly refer to Laurences law suit as a nuisance suit, and that if he wanted privacy he should not of come to prison. c/o henry keeps saying that Laurence accuseing him of cheating on his wife with c/o wood and c/o Gacie is extortion and Black Mail

82) officers do skits and debate on whether Laurences son is dead or alive and whether Laurence killed his son or the Boy who was murdered and they do this knowing Laurence can hear them

83) officers use nurses and storemen to try and detect whether Laurence is Gay. The officers tell store men and nurses about private things Laurence was seen doing to him self By a camera some of which is False

84) officers constantly make front of how Laurence masterbates in his cell and tell any one who will listen, c/o Bouley will watch Laurence all day with a camera, he will watch Laurence urinate deficate, he will tell every one what

84) Laurence is writeing in his cell let it Be, a Letter to a Judge, police, D.A. an attorney he dont care

85) on or near 6/15/06 c/o Broulett while crossing the court yard talked Bad about Laurence to a nurse

86) on or near 6/15/06 c/o Mckray while Leaving the Block with A Jane Doe nurse made a comment to her about whether Laurence was gay she said she said Laurence looked at her crotch Mckray said that dont mean nothing he Looks at all our crotches, he then used a Racial slur. at which point the nurse told him dont talk like that My husbands Black, he told her about an alleged incident that took place with a c/o and said Laurence was seen Back dateing reports, and or his calenda Laurence used check marks as Feelers in Front of the hidden camera. LT. Galagan and LT Getter said There is no camera in Laurences cell

87) on or near 6/15/06 at approximately 645 AM c/o James henry came to work with what appeared to Be his Two daughters in a Grey 4x4 vehicle, he exited the vehicle and deposited Boxes in the recycleing Bin and Threw Trash in the dumpster, he Bragged that he did this Because he wanted Laurence to see hes got More Kids then Laurence will ever have. he Braggs that his daughters know all about Laurence Because he Tells them all about Laurence, when an officer tells c/o henry about its wrong what hes saying about Laurence Because he is Fighting For his Life, henry says IM Fighting For My Life To, IF My daughters Find out all this Bullshit they will hate me. IM out numbered at home its my wife and daughters against me, he keeps insisting he used his coworkers For oral sex and its not A AFFair. c/o henry keeps Telling everyone that Bill Begones said Ms Soccio said Laurence has a Birth defect, his penis. Henry and Grace Keep MAKEing Fun of Laurences penis and Thought him Haveing a Birth defect is Hilarious, henry and Gracie Keep desicrateing Laurences character to Make him an undesirable

WITNESS

88) on or near 6/16/06 Gracie was IRRATE That Laurence Gave A Jane doe MS hotti an At. ReFering To The nurse That c/o McKray Talked To about Laurence on 6/15/06 aFTer McKray LeFT The Block with The nurse Laurence wroTe in his Legal noTes nurse AT I Like her shes a hotti. Grace Said The nurse Looked Like a boy and That She heard The nurse is bigger Then her. Gracie Then wroTe False reports That Laurence was Looking aT her croTch and she FelT sexualy harassed

89) c/o henry c/o Gracie and others waTch Laurence Take a shower By Looking aT a Mirror, They do This So inMaTes Know whaT They are doing, They Then write reports That They are noT Sure whether Laurence was MasTerbaTe ing, They write reports That Laurence looks in to inMaTes cells To see There Penis, They TAlk abouT Laurence in FronT OF inMaTes and indirectly Tell Them That Laurence is a SniTch and They Tell Them whaT he Said and abouT who, Thereby Turning inMaTes against Laurence They Talk abouT

89) what Laurence writes in his cell, they Bet on what he says and does in his cell and whether or not he deficates and how Many Times.

90) Avilino duarte calls in Bets From The street Pertaining to Laurence

91) when Laurence writes complaints about what officers are heard saying pertaining to him writeing letters or notes in his cell They Blame Laurence and say he set us up he knows where watching him, LT. Galaban and LT. Getter Told Laurence there is no camera in his cell

92) on or near 6/12/06 LT. Getter Became Irrate when she was Told what Laurence was seen writeing in his cell By a camera about her. LT. Getter and LT. Gallagan Told Laurence in writeing Theres no camera in his cell.

93) at night officers in Main Control Tell Danials what Laurence is seen doing in his cell, and danials then Tells Everyone Sometimes its A Lie

93) c/o danials Tells c/o petty where Laurence Scratches him self how many Times what hes writeing and To whom and whether or not hes Masterbateing in his cell. c/o danials c/o Spadoni and others Try To Turn c/o Petty against Laurence By Telling her Fabricated Storys degradeing Lies

94) OFFicers in This civil claim Tell Female and Male nurses That Laurence is Gay a diddler, That he Likes children and They Tell nurses That Laurence has a poster OF 4 Boys in his cell Knowing This To Be False and make Jokes about his penis

95) on or near 6/17/06 c/o Gracie Told another OFFicer That Laurence was writeing in his cell on his desk Trying To direct her and henry on what To Say about The video Tapes. She Said Laurence who was in his cell writeing was Trying To Black mail henry. The OFFicers in Main control who watch Laurence write Legal work call The other OFFicers and Tell Them what They see Laurence writeing with The hidden camera.

96) on or near 6/17/06 during The writeing OF This civil claim c/o Gracie came into F Mod Bubble and was irrate complaining about Laurence's civil claim That he was writeing in his cell c/o Gracie Then LeFT and came back and Told MS Petty, I'M not Giveing him up aFTer all hes done For us. where gonna Say its a Training video, ReFering To a video Tape OF Laurence Bending over naked getting a ShiRT From his Locker during a cell Search with his Butt And penis Exposed This Took place on 5/30/06. a John doe showed This video Tape To c/o Gracie out OF ReTaliation For Letters Laurence writes MS Soccio and The court, OFFicers watch what and whom Laurence writes with a hidden camera. c/o Gracie Keeps makeing Jokes about Laurences penis As well as c/o henry and Gary Bouley and c/o Trinadad who yells at Least I'M not short where it counts From The hallway. c/o Gracie Said whats he gonna sue Manning For giveing him a dirty look ReFering To Laurence nameing Manning as a deFendant on 6/17/06 and ReFering To A Report about Laurence wrote ABout Manning Giveing him a dirty Look. c/o Gracie Told MS petty To write what she Said in The Log Book, and she did.

97) on or near 6/19/06 c/o howard while in F Mod Bubble Talking to c/o Smoot about Laurence Said he could not of Been that up set last night he was in there jerking off. Howard then Bragged to Smoot how he Filmed Laurence masterbateing, and Bragged of how he hid while Filming Laurence in Bed masterbateing, he claimed Laurence was gratifying him self to his kids pictures, he then said he cant sue its to late and claimed a inmate told Laurence that he was hideing watching Laurence, Refering to July 2001 when Laurence was diagnosed delusional, and told his son was dead and harassed By c/o howard c/o manning c/o Simpson and c/o dimessa who told officers he was gonna get a psychiatrich Report from his Father in law. c/o Dimessa told officers that Laurence thought he was slick, he didnt know wall had a tape recorder in his suit jacket pocket. c/o Howard kept comeing to Laurences door laughing at Laurence, while Laurence sat on his Floor with his sons photos crying. not knowing if what every one kept saying was true. Howard claimed to have a tape. Laurence Did not know, he never seen Howard.

98) on or near 6/19/06 Norman Laurence was in his cell writeing Legal notes and doing Law work makeing Exhibits, he then went to make a phone call. while he was on the phone c/o Gracie and c/o Leduc Entered F Block with Food Trays, c/o Grace went in to Laurences cell under the direction of Gary Bouley who watches Laurence with a hidden camera and took Legal papers from Laurences cell and hid them on her person. Laurence is missing several Legal papers and notes, Exhibits. one in particular is a note of a store man who is gay not that theres anything wrong with that, officers sent this Gentle man to Laurences cell to give him his store order, upon leaving they asked this Gentlemen so is he gay, the store man said I cant tell. Bill Begones interogates the women minister the male Decon priest store people about whether they think Laurence is gay. whether he looks at there crotches, a minister who Laurence Liked dont come any more another minister a Female Bill Begones had her doing under cover work on Laurence

99 april, May and June of 2006 c/o Brouilett constantly Turns nurses against Laurence By Talking about what Laurence writes in his cell, he also Tells Them False allegations about Laurence. Accuseing Laurence of Being a child Molester and he Talks about video Tapes depicting Laurence in his cell

100 on or near 6/20/06 while Laurence was waiting To come out For work. c/o allard came in To F Module with The Maintence Man. The Maintence Man stopped in Front of Laurence's cell stood on a Ladder and replaced a Light BuiB while This was going on Laurence asked allard if he could come out For work when The Maintence man LeFT Allard Said yes, Laurence Later observed addison Telling Allard he was gonna write a report about Laurence and Then Tell allard he should go write a report. also But go against addison There by pulling Laurence out The back door They do This To build up each others credibility They play good guy Bad Guy, The Maintence Man was Later questioned about

100 whether or not Laurence was looking at his crotch which is what c/o addison wrote a report about, c/o addison is Irrate because on 5/25/06 Laurence wrote a report That addison stopped at his door at 630 AM, picked his nose, smiled, Farted, and it smelled Like shit. This report was Labeled Legal document For Trial CA. No. PC-03-6046 c/o addison was also Blameing Laurence Because inmates call him Butt cheeks, c/o Addison is Irrate because after Laurence Submitted to a DNA Test he walked away Smileingan happy and his Face was not red, Laurence while walking down G corridor Talking Believes he heard c/o addison Tell The DNA people To match That with The diaper. and addison said Laurence has his Bodys Buried

101 on or near 6/21/06 as Laurence entered Low Side F Module To do his JoB inmate Ricky Mims went To his Toilet and appeared To Be playing with his penis Trying To get Laurences attention, wayne Lee Trys the Same

101) Thing. This has Been caused By OFFicers. Turning inmates against Laurence c/o Grace c/o henry and others will write reports and MAKE False allegations To corroberate these False allegations that inmates make. c/o Henry does this So AS TO MAKE Laurence Look AS Bad as possible Because Laurence has Made allegations That c/o henry Bets on whether or not Laurence Masterbates while OFFicers watch Laurence masterbate with a camera. and Laurence has Reported c/o henry For Recieveing sex as payment and For haveing sex with c/o Grace at work, and at her house and at his base, c/o henry also keeps Telling OFFicers That Bill Begones Said Laurence has had sex with inmates.

102) on or near 6/23/06 Laurence wrote in his cell ask wood what her and I did in cell 1, He Later heard a c/o say That Gary Bouley seen him comeing a mile away he was watching all they did was she told him to Take something out of the toilet, Laurence cleaned cell 1 after a inmate was taken to seg.

103) on or near 6/23/06 out of Retaliation For what Laurence wrote on his desk about c/o wood Gary Bouley and edward Gannon who watch Laurence with a hidden camera said A xmas Brochure he recieved From A sister to get presents For his son Fell out of his desk Featureing 4 Boys on the cover Both officers said Laurence went to the mirror to see if his Face was red. Both officers swore on there mother. The next day it was said they Retracted this Allega Tion and called it a ruse

104) on or near 6/26/06 Laurence asked henry to open the door so he could do his Job henry was placeing his body so Laurence would see him while asking to have the door opened. henry did the same thing on the other side so when Laurence Knocks on the window to motion to have the door opened Laurence is looking at c/o henry, henry then goes and swears on his mother that Laurence is Looking at his crotch he does this out of Retaliation Because Laurence told on him For his Extramarital Affairs

103

4) on or near 6/27/06 Laurence asked c/o SMOOT if he could ask c/o Manning if he could have some confidential psychiatrich records copied c/o Smoot informed Laurence That c/o manning was not here. c/o Smoot offered to Take the Legal documents out Front to the captains office to Get them copied. He Returned with the copys. Later while eating Lunch Laurence noticed the original was missing and Told c/o Smoot. c/o Smoot Told Laurence he gave all the Legal work Back to him. he then agreed to go check the copy Machine and once again returned and Told Laurence there was nothing in the copy Machine or office. Laurence Believed him laid down and while falling asleep Realized the Legal documents came in a small Envelope which caused creases, c/o Smoot and Bill Begones all most pulled it off, when Laurence observed Smoot come Back from his Lunch Break he confronted Smoot, Smoot Left then Returned and Blamed it on the clerk. Laurence Learned that Bill Begones Took it To compare it To the other Legal Documents he stole

106) SoMeTiMes on Fridays oFFicers will MAKe a comment about Laurences Son and debate on whether he is dead or alive. They call This skits or a Ruse, They wait untill They Get To The court yard, They do This To have a reason To put Laurence on What They call Suicide watch which Means To Be Allowed To Video Tape Laurence They make comments, wrong kid right house wrong house right kid, only he Knows if his kid is dead. he Killed his kid.. c/o henry has said he has Two more kids Then Laurence will ever have. c/o Gracie constantly says I cant WAiT untill LAurence Finds out his Son is dead so I can Laugh in his Face, on Some days c/o Gracie will Say he Knows his Son is ALive. And crack Jokes about LAurences penis

107) on or near 7/13/06 c/o Donna Gracie Made a Bet For Money That She would Book Laurence, which WAS out OF Re Taliation For what Laurence writes in his cell ABouT her To Judges

102) The attorney generals office and to him self, Laurence was Fired From his JoB and Booked For disobeying a Lawful order.

108) on or near 7/18/06 Laurence oBserved c/o Dennis and Howard Get out of A vehicle and have a conversation while returning to The Building, Laurence wrote on a piece of paper on his desk That he oBserved The Two subjects Talking. a short Time Later while officers were entering The Block one commented on how Dennis and Howard wrote reports and Affidavits on there conversation after Being told what Laurence was oBserved writeing in his cell By The camera That LT Getter and LT. Galagan SAid dont EXIST

109) on or near 7/19/06 Laurence wrote on a paper in his cell Tell LT. Getter Im gonna put her on the wire Tomorrow Morning For Some Things she Said on 7/20/06 LT. Getters eyes were Blood Shot red and she was Tired on 7/20/06 Laurence obser-

109) ved LT. Getter at The discipline board he also seen a counselor Kathrine Katie RoBerson

110) on 7/20/06 while Laurence was in his cell writeing he oBserved c/o danials say whats he doing Trying To Make her a witness, This was in Reference To what Laurence was writeing in his cell about Kathrine The counselor. The Following day after a camera oBserved Laurence in his cell writeing about what a good witness Kathrine the counselor would make. Laurence heard on 7/21/06 That SIU questioned Kathrine and That she gave every one up For Telling her about what Laurence is seen doing By A Camera.

111) on or near 7/24/06 Laurence mailed Honorable JudGe FortunaTo A Letter about how he Felt counselor Kathrine was a good witness and Explained why. AFTer the letter was Mailed Laurence oBserved people Talking about The contents of the letter

112) on or near 7/25/06 c/o Smoot came to cell F11 and Gave Laurence 2 Request Forms From LT Galagan, the LT denied Laurence's Request to File a grievance about the camera in his cell and how its used to torment him The LT called Laurences Request Frivolous and stated there are no cameras in your cell and said you cant send a Grievance to a Judge and went on to say I will Refer it to the clinical social worker to see you For these issues, a c/o Gracie said that LT Galagan observed Laurence Lift Books in his cell on the hidden camera.

113) on or near 7/26/06 counselor Kathrine Kate Roberson was in the F Mod control center haveing a conversation with c/o henry about what Laurence wrote in his cell about her. Laurence then wrote a report about her and henry which resulted in them being questioned and writeing there reports. Laurence was once again observed with a hidden camera.

114) on or near 7/26/06 c/o Smoot came to Laurences cell with a sealed letter that was addressed to honorable Judge Fortunato with a money transfer slip it was not mailed this letter exhibit 93 was the talk of High Security since Monday 7/24/06 a letter to a Judge that Laurence wrote in his cell in private and mailed 7/24/06 every one here knew the contents of the letter

113) on or near 7/27/06 c/o Donna Gracie was in F mod control center with a Banana in her mouth trying to get Laurences attention eating it in a what appeared a seductive manner, trying to get A A+. Laurence wrote a report about her on his desk Gave her a B+ and a star c/o Johansen later came in to the control center and told c/o Gracie what Laurence gave her she became IRRATE with Jealousy that Laurence gives ms petty A+ but not her, later c/o Johansen came in to F control center again and told Gracie Laurence crossed off

115) Two names in his Letter To Gene valicenti ReFering To Two convicTed murderers That Laurence MenTioned in a letter ExhibiT ___ Laurence wrote This on his desk. Main conTrol Tells oFFicers what Laurence does and writes in his cell They change iT a little BiT. That way iF there asked on The stand and iF iTs not word For word They will deny iT They also use codes For A B C D E F and STars

116) on 7/28/06 c/o Fehnel came To Laurences cell and Told him DR RoBerTs wanTed To see him. Laurence was EscorTed To The hospiTal The psychiaTrist quesTioned Laurence abouT his anxieTy. while Laurence Explained ThaT The camera in his cell was driveing him insane and ThaT iT was Being used To waTch him GraTiFy him selF. sTeve Fehnel while down The hallway said iF Laurence wanTed privacy he should noT have come To Jail. The psychiaTrisT prescriBed medicaTion. GeoTon which is used For people who hear voices, s.i.u and sTaTe police were said To Be in the parking LoT LisTening.

117) on 7/28/06 while c/o James henry Entered F Module Court yard Laurence Believes he heard c/o henry Say wait untill he gets My Letter or report I wrote about him in discovery and he commented about a request Form in Laurences cell about a Set of ear Buds Being damaged in his Locker and he said Someone said he had his own Son Killed

118) During The writeing of This Law Suit c/o henry and c/o Gracie Kept makeing References to Laurences allegations. Henry Made References to paragraph 79 and Said Grace was Talking about Big Macs and whoppers, he also claims he Saved everyones JoBs By proveing Laurence can read Lips

119) on or near 8/2/06 c/o Gary Bouley called c/o Johansen and Told him That Laurence had a cone and two sheets of paper rolled up on his desk and he Told Johansen To use That as an Exscuse To go in his cell and he Told Johansen That Laurence had a head set Jack hidden in his cell. LT. Galagan Said There is no camera

120) on or near 8/4/06 c/o henry Told Laurence he was moveing From cell 11 To cell 5, while moveing henry Took Laurences Bag of Trash Because he Knew Laurence put his ants in There. henry wanted To Kill the ants

121) on 8/5/06, c/o howard let Laurence out To collect Trays To show that Laurences wrist is okay, while collecting Trays cell 11 a inmate Laurence did not know Told him That officers were calling him a Snitch, Laurence Said which officers which ones, The inmate Said all of them

122) on or near 8/6/06 LT. Getter was in The court yard spraying Bees and wasps while c/o henry looked on he was hooting and hollering laughing, This was done Because the Bugs were Laurences pets, LT. Getter seemed exspecially happy and was smileing. she appeared To Be enjoying her self when she left There was dead Bugs all over the place

123) on or near 8/8/06 Laurence went to E Block to place a phone call to his mother upon Leaving the phone Area he heard a c/o Fehnel Talking about how Laurence was seen doing sets of push ups in his cell while Being watched with a camera, he mentioned that Laurence was Going threw his Exhibits and notes and how John Doe who was watching did not let Laurence out of his Sight Laurence heard another officer Refer to this As well. After Laurence Talked to his Mom, c/o henry was Laughing about the contents of the Tape. c/o Bouley who works in Main control Listens to Laurence Talk to his Mother, he Tapes it, and then Tells Everyone what they Talk about They make Jokes, and Sometimes do This So inmates will hear it. c/o Bouley watches Laurence urinate and deficate he watches whether or not he washes his hands, uses soap. and then watches where he puts his hands he uses the camera to watch Laurence not the window. c/o Bouley and Bill Begones Talk and Laugh about Laurence and his mom and share the contents of Laurences recorded Phone conversations with Guards

123) During Roll call as well As Bill Begones and SIU ACI Guards All Laughed and Found Laurence Telling his Mom how he is Tortured with a camera hilarious. Gary Bouley and main control room officers have Been doing This For 3 years and Then Guards use the Tape recordings To harass Laurence. c/o Bouley also would hang up on Laurence and his Mother costing her Extra money

124) on 8/9/06 Laurence Told William Artis about his Law suit, case and how there was a camera in every cell he has Been in. this inmate Laughed at Laurence and did not Believe him he said can I ASK Smoot Laurence said go ahead, he then Asked Smoot if there was cameras c/o Smoot said hell no IM not cosighning That shit, Theres no cameras Even Laurence Believed him But then had A Thousand Flash Backs. c/o henry said he dont have me and my partner under oath Lieing he Then left At 1200 noon To Go on A Lunch date. its Alleged iT was a Ruse!

125) on 8/10/06 Laurence was Given Mail By c/o Tyler whos Face was Red. iT was a Food For The poor Article, Answering The call lost

125) childhood, prior To Giveing Laurence the Mail he made sure another inmate saw it which was alleged By william Artis A picture of a young Boy Exhibit. Even Though Tyler came To Laurences cell with the mail First, he did not Give Laurence his mail, until Last- only Giveing him his Razor and clippers, this c/o had a agenda. Main control room officers who watch Laurence Tell Jokes and Tell Females that Laurence hangs these needy children Articles on his wall As to desicrate his character. Laurence does not Get along with inmates, in this Block Be cause of officers and siu. Timothy stone said when Laurence gets his money From his Law suit he should Buy his kid a new Grave stone. the inmates talk about what they hear From correctional officers

126) on or near 8/10/06 Laurence oBserved Two inmates talking about what Guards say about Laurence. and one inmate said he was questioned By siu and offered parole, they Both stated they Are ascared To get involved. c/o henry constantly puts norman Laurence down To inmates and Bribes them with phone calls and other things promises of JoBS, he tells inmates that

126) Laurence is a Snitch and That Laurence will Tell on him and them. Laurence is not Liked By inmates Because he informed on inmates; And Because of officers makeing Allegations about what a court ordered psychiatrich Report said. As well as c/o Spadoni showing inmates a news article that alleges Laurence molested a kid

127) on or near 8/10/06 c/o Ledue and nurse cheryl Bailey came To Laurences cell with meds c/o Leduc asked Laurence if he wanted him To Mail the letter That was in his window Laurence said no not yet. the address was Faceing Laurence This Letter was Addressed To Joe Forgue ABout 2 inmates and c/o steve Fehnel, as They entered The court yard cheryl made a comment about Laurence which resulted in c/o Ledue saying steve gets credit he earned his pay. Laurence Then removed the letter and put it out his door For c/o danials To take, when c/o danials declined To Take the mail Laurence removed it and wrote wo he dont Get credit meaning steve, then wrote danials should have taken it. prior To This cheryl said That danials got The Trifecta writeing a report That Laurence was useing his Box

127) AS A chair. and That he had The ArTicle OF a news ArTicle From Food For the poor on his Bed FeaTuring STArving and MenTaly ReTarded children. Laurence was writeingup This LAW SuiT. C/o Ledue and cheryl learned The ConTenTs OF LAurences Letter From the 3-11 ShiFT in Main conTrol who waTch Laurence do legal work on his Bed with a camera

128) on or near 8/11/06 Laurence had his LighT Blocked Blocking The camera c/o John doe and c/o danials had Laurence under Surveillance all nighT, when nurse cheryl came with meds she wenT ouT oF her way To look in Laurences cell. cheryl and Guards are Trying To LABel LAurence a pettiFile ouT oF Fear ThaT people will Believe his allegaTions oF There ExTraMariTal AFFairs. And Because oF what SIU Bill Begones Tells them.

129) on or near 8/12/06 C/o donna Gracie AT 7am AS Soon as she EnTered The BooTh was Talking abouT Laurence and whaT he wroTe in a letter To Joe Forgue ThaT he did noT Mail. She also wroTe reporTs abouT Laurence and DesicraTed his characTer in The LoG Book in ReTaliaTion For c/o petty writeing a reporT abouT inMATE Palmer. Gracie was

129) Irrate and Jealous Before leaving AT 3PM after Learning That Laurence was observed By The hidden camera giveing her three D pluses D+ D+ D+. she was mad that Laurence Gave nurse Dale three A pluses A+ A+ A+. she said 3 D+ means shes Dead 3 Times.

130) During The writeing of this Law Suit James henry and Gracie conspired To commit perJury They are going To say That They had a sexual Relationship 20 years ago Before henry Married his wife. Main control room Guards c/o Bouley and Gannon Keep henry and Gracie informed of what Laurence is writeing in his cell so That They can get There storys straight Before Being questioned. henry claims To have all ready planted a seed with his Family and That he Tells Them all about Laurence

131) On or near 8/13/06 After passing out Food Trays c/o Rodriguez and c/o henry were Talking about a letter That Laurence was observed writeing the Deputy Collins By The camera.

# CLaiMS

132) PlainTiFF Avers That in Paragraphs 52-131 DeFendants MR A.T wall, MR JaKe Gadsdens, Mr James weeden, Ms BarBara headen Mr Arnold anderson, Mr Thomas doyle Ms CArol Getter Mr RoBert Langlois Mr aviLa and Deputy collins Are negligent and or deliberately indifferent For allowing c/o woJTanowsK, c/o Brian davray c/o Gary Bouley c/o Edward Gannon and John does who work main control To tell correctional officers what Laurence is doing in his cell, urinateing DeFicate ing Masterbateing, how long he master bates, what he writes who he writes and For main control officers shareing information with nurses and Female officers. LT. GAlaGan is deliberately indiFFerent and negligent

133) PlainTiFF Avers That in Paragraphs 52-131 DeFendants c/o woJTanowsK, c/o Brian davray c/o Gary Bouley c/o Edward Gannon and John does Steve Fehnel. claude Burdick are deliberately indiFFerent By Telling correctional officers, nurses. canselors what Laurence is doing in his cell after 3 years oF Law suits, Grievances

133) and 3 years of complaints, Defendants Know there actions are wrong, they Know Laurence is mentaly ill and that he is a certified paranoid schitsophrenic they know after Laurence complained for 3 years that correctional officers Repeat what they say to them with in ear shot of Laurence there actions are cruel, atrocious malicious evil.

134) Plaintiff avers that in Paragraphs 52-131 Defendants violated Plaintiffs First Fourth Fifth and Fourteenth amendment to privacy due process and Equal protection of the Laws, there actions were deliberate cruel evil with intent to humiliate Laurence and cause him mental anguish

135) Plaintiff avers that in Parographs 52-131 Defendants committ ed Slander defamation of character there words and allegations are made to harm Laurence and to destroy his character as to make him a undesireable witness

136) PlainTiFF Avers That DeFendants John Does, Bill Begones, MR Lopez, Donna Grace in paragraphs 52-131 violated Laurence Fourteenth amendment to privacy, DeFendants showed Donna Grace a naked video Tape That depicted Laurence in his cell Bending over This was To humiliate Embarrass and demean PlainTiFF in violation of his Fourteenth amendment as well as his Eighth amendment Rights, to privacy and to Be Free From cruel and unusual Treatment

137) PlainTiFF Avers That DeFendant John does, and OFFicer howard violated PlainTiFFs Fourteenth amendment to privacy For Filming plainTiFF in a cell MasterBateing, For Telling people about it and For other people Seeing The Tape and For makeing The Tape.

) PlainTiFF Avers That DeFendant, A.T. Wall and Superiors are Responsable For John and Jane does actions. Pertaining To video Tapes of Laurence naked,

138) PlainTiFF Avers That defendants in Paragraphs 52-131 Inflicted cruel and unusual Treatment on Laurence with a evil intent they know Laurence Suffers From Mental illness they know he Suffers From paranoia, they try to drive him insane with a hidden camera

139) PlainTiFF Avers That Defendants use a camera. his Son and allegations They Learned Threw a court ordered psychiatrich Report To Torment him

140) PlainTiFF Avers That defendants Paul Leduc, JeoFFroy Brouilett, James henry c/o danials c/o Torez Torment Laurence with ruses, skits they pretend to talk about Laurence. They write reports his Face is Red, and Accuse him of Looking at There crotch. Steve Fehnel c/o Simpson and c/o Violonte do the Same thing and They use information they Learn From c/o WoJTAWowsk c/o Bouley c/o Gannon c/o Burdick Bill Begones To harass Laurence

141) PlainTiFF Avers That The ACTIONS OF C/o howard, c/o Donna Gracie Bill Begones SIU and John does Tapeing LAurence naked and useing This TAPE To show Female and Male OFFicers is Cruel and unusual TreaTMENT in Violation OF his Eighth AMendMENT, its also A violation OF plainTiFFS First Fourth ninth and Fourteenth AMendMENT To privacy Limited RighT To Bodily privacy, common Law Right To privacy STATUTOry right To privacy. All OFFicers know OF The pending Litigation.

142) PlainTiFF Avers The actions OF C/o howard Telling people he Filmed plainTiFF MasTeRbaTeing To his Sons Pictures is cruel and unusual TreaTMenT, and slander and deFamaTion OF character.

143) PlainTiFF Avers The acTions OF LT. RoBert Langlois and John and Jane does video Tapeing Laurence naked Laying on his Floor doing LeG Raises on his B-day and showing This video TApe For enterTainMenT was A violation OF his FourTeenth amendMENT

# RELieF Being Requested

144) PlainTiFF Requests one hundred Thousand dollars in compensatory damages For each and every cause of action. As there actions cause a life long stigmatization mental pain humiliation, They wont stop with there harassment or slander

145) PlainTiFF Requests one hundred Thousand dollars in punative damages For the continuos Black mail, extortion and constant Talk of these video Tapes That Bill Begones Gary Bouley and Edward Gannon keep Talking about

146) PlainTiFF Asks For $10.000 For each video Tape that depicts Laurence Masterbateing and or naked in his cell There is said To Be ~~three~~ Two Thousand Tapes of Laurence Masterbateing

147) PlainTiFF Asks For compensatory damages For what c/o howard did and said about norman Laurence

148) PlainTiFF ASKS For punaTive damages For what c/o howard Said about Laurence and did Filming Laurence.

149) IN JuncTion RelieF

PlainTiFF ASKS To view These video TApes, and Audio TApes and That They Be destroyed and That defendants Be ReFrained From TAlKing about Them and useing Them To Torment PlainTiFF, [illegible] [illegible] [illegible] ble. [illegible] [illegible] [illegible].

where Fore PlainTiFF Prays For RelieF and costs.

RespectFully
[illegible] Norman Farrar

a copy has Been Mailed To Michael Grant c/o howard Ave on This Day [illegible]

# INJunctive RELief

130) PlainTiFF ASKS This Honorable court To issue a court order To the ACI To remove The camera From norman Laurences cell and any other cell he may Be in. The camera is used To Video TAPE LAurence write. Laurence is watched Exercise, use The Bath room. EAT. The most up setting thing is its used To watch Laurence mas-terbate and LAurence is the center OF A Gambling Enterprise. any little Thing Lauren ce does in his cell its TAlked about. iF he writes a letter TO A Judge, STATE police, Da attorney its Talked about, iF he Gives details of a Murder. its Talked about LAurence has Been used For Betting as well as Experiments. Because Lauren ce Knows about Everyone cheating on there wives and prostitution, officer Henry and others desicrate Laurences charac Ter.

10/10/06 RespectFully
Norman Laurence
Norman Laurence
P.O. Box 8200
Cranston RI.
02920
pro-se

# CerTiFicaTion

PlainTIFF Norman Laurence Avers he has Mailed a True copy of This civil claim To Michael Grant For him and his clients on this [illegible] Day of [illegible] 06

Respectfully
Norman Laurence
Norman Laurence
P.O. Box 8200
Cranston RI
02920