RECEIVED OCT 2006

Dear court clerk 10/11/06

Honorable chief Judge Torres told me I can file a civil claim and after I do I may be able to have attorney appointed, I'm a inmate I have no job, or income, I do have one hundred dollars in my Frozen account. For a Fileing Fee.

IM WATCHED By A hidden camera 24 Hrs A day They watch everything! Bill Begones and THE STATE police have TAKEN My civil claims in the PAST CAN you please NOTIFYE ME when you recieve This civil claim, and can you keep IT BUT Send me any paper work I need To Fill out So I dont have To pay For postage Twice?

thank you

your attention to this will Be Appreciated

respectfully
Norman Laforce

CA 06 455 T