UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAN LAURENCE

CA. NO. 06-455 T

V

A.T. WALL, ET AL

ORDER TO TRANSFER INACTIVE ACCOUNT

PLAINTIFF NORMAN LAURENCE MOVES THIS HONORABLE COURT TO PLEASE ISSUE A COURT ORDER TO MR A.T. WALL, BY AND THREW COUNSEL MICHAEL GRANT TO TRANSFER THE INACTIVE FROZEN ACCOUNT OF ONE HUNDRED DOLLARS TO PLAINTIFFS ACTIVE OPEN ACCOUNT SO THAT PLAINTIFF CAN SERVE DEFENDANTS IN THIS ABOVE CLAIM WITH A COPY OF THE 58 PAGE CIVIL CLAIM IN ACCORDANCE WITH RULE 4(d) WAIVER OF SERVICE, REQUEST TO WAIVE.. WHERE FORE I PRAY THIS MOTION WILL BE GRANTED

IT IS HEREBY ORDERED A JUDGED AND DECREED

Norman Laurence 10/29/06
NORMAN LAURENCE DATE
63325

THANK YOU!

______________________ DATE
JACOB HAGOPIAN
SENIOR UNITED STATES JUDGE

______________________ DATE
COURT CLERK