UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAN LAURENCE

v.                                                              C.A. No. 06 - 455 T

A.T. WALL., et al.

### ORDER

Plaintiff Norman Laurence filed a Complaint in the above captioned case on October 16, 2006. The plaintiff, however, failed to pay the initial filing fee of $350.00, nor did he file a motion to proceed *in forma pauperis pursuant* to 28 U.S.C. § 1915 with the appropriate documentation.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall pay the initial filing fee of $350.00, or file a motion to proceed *in forma pauperis* with the appropriate paperwork (i.e. affidavit in support of the motion and plaintiff's prison trust account statement from April 16, 2006 to October 15, 2006).

Plaintiff shall comply with this Order within twenty days. Failure to comply with this Order will result in a dismissal of this action.

IT IS SO ORDERED.

_____
Jacob Hagopian
Senior United States Magistrate Judge
Date: 7 Nov 06