**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NORMAN LAURENCE

v. C.A. No. 06-455 T

A.T. WALL., et al

**ORDER**

The Clerk of Court is hereby directed to treat the letter attached to this Order as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 27 NOV 06

Dear Honorable Judge Hagopian 11/19/06

FILED
2006 NOV 22 A 10:27
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

I recieved your letter For the Fileing Fee or a Motion For Forma pauperis, This Followed after I Requested a court order to have my one hundred dollars in my Frozen account to serve numerous defendants. your letter leads me to Believe I will Be Broke and destitute, I'm gonna pass on this Federal court civil claim. I Respectfully request to have the claim dismissed with out prejudice, So I can continue to seek my due process in STATE court.

Thank you For your correspondence and time

Respectfully
Norman Laurence